# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00638-CR

**Samuel Shane Plumley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 7720, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Samuel Shane Plumley seeks to appeal from a judgment of conviction for attempted aggravated assault. The trial court has certified that this is a plea bargain case and Plumley has no right of appeal, and also that Plumley waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   October 13, 2005

Do Not Publish